UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE THOMAS KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:17-CV-58-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 24]. Plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED defendant's motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**
Branch W. Vincent, III                          (via CM/ECF electronic notification)
Kaba-Kazi A. Kazadi                             (via CM/ECF electronic notification)

DATE:                                           PETER A. MOORE, JR., CLERK
December 27, 2018                               (By) /s/ Nicole Sellers
                                                Deputy Clerk